# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 18-mj-3362 | UNITED STATES vs. Brafford | |
| Hearing Date: | 10/17/2018 | Time In and Out: | 9:41-9:45; 9:50-9:53 / 5 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Justin Riley Brafford | Defendant's Counsel: | J. Robbenhaar – Duty FPD |
| AUSA | Alex Uballez | Pretrial/Probation: | D. Marrufo-Ramos |
| Interpreter: | N/A | | |

## Initial Appearance

| | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant wants Court appointed counsel |

| | | | |
|---|---|---|---|
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on October 18, 2018 | @ 9:30 am |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | Matter referred to _____ for final revocation hearing |
| ☒ | Defendant to see medical staff at detention center for assessment of possible mental health issues. |